UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  RUBEN BUSTAMANTE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Ruben Bustamante filed a Notice of Disposition [ECF No. 123] in the above matter on February 4, 2011.  A Change of Plea hearing is set for **Thursday, March 3, 2011 at 11:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

    Dated:  February 4, 2011