IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3.  RUBEN BUSTAMANTE,

       Defendant.

## ORDER DISMISSING INDICTMENT

THE COURT, upon review of the motion of the United States requesting an Order dismissing, with prejudice, the indictment against the defendant RUBEN BUSTAMANTE only, and finding good cause contained therein, it is hereby

ORDERED that Government's Motion to Dismiss Indictment (ECF Doc. #210), filed June 23, 2011, is **GRANTED.** It is further

ORDERED that the above-captioned Indictment is dismissed, with prejudice, as to the defendant RUBEN BUSTAMANTE only.

Dated: June 24, 2011.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE